JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Rowe,<br><br>Plaintiff(s)/Petitioner(s),<br>v.<br><br>A. Bender,<br><br>Defendant(s)/Respondent(s). | **CASE NUMBER**<br>2:24-cv-05992-AB-SSC<br><br>**ORDER OF DISMISSAL OR REMAND** |

**The Court previously received from** ☒ **Plaintiff(s)/Petitioner(s)** ☐ **Defendant(s)/Respondent(s):**

☐ an IFP Request with no accompanying Complaint/Petition/Notice of Removal.

☒ a Complaint/Petition/Notice of Removal without an accompanying IFP Request or payment of the filing fees.

☐ a Complaint/Petition/Notice of Removal with a partial filing fee payment for an amount less than the full fee.

The Court sent a warning letter to ☒ Plaintiff(s)/Petitioner(s) ☐ Defendant(s)/Respondent(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal or remand of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected. Furthermore, although Plaintiff filed an amended complaint, it does not warrant IFP status because it is not responsive to the Court's Three Strikes determination upon which it denied Plaintiff's IFP application and issued the warning letter that the filing fee was due.
Accordingly, this case is HEREBY ORDERED
☒ DISMISSED without prejudice.

☐ REMANDED to the _____.

Dated: September 16, 2024

_____
United States District Judge